UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESIDERO ANGULO,

v.  Case No. 8:03-cr-503-T-24EAJ
8:05-cv-1206-T-24EAJ

UNITED STATES OF AMERICA.

O R D E R

The Court denied Defendant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence (Doc. cv-1; cr-245); Defendant's motion for leave to proceed in forma pauperis (Doc. cv-2); and Defendant's motion for post-trial discovery and motion to hold the 2255 in abeyance until full discovery was completed (Doc. cv-3). The Court also denied Defendant's motion for reconsideration. (Doc. cv-7). Defendant has now filed a Notice of Appeal and an Application for Certificate of Appealability. (Docs. cv-8, cv-9).

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

That Defendant's Application for Certificate of Appealability (Doc. cv-9) is denied.

ORDERED at Tampa, Florida, on September 6, 2005.

SUSAN C. BUCKLEW
United States District Judge


AUSA: Joseph K. Rudy
Pro Se: Desidero Angulo